Robert L. Zaletel, Esq. (SB# 096262)
**McQUAID BEDFORD & VAN ZANDT LLP**
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: 415/905-0200
Facsimile:  415/905-0202
Rzaletel@mbvz.com

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL ANDERSON,<br><br>            Plaintiff,<br><br>    v.<br><br>UNION PACIFIC, INC. and DOES One through Twenty-Five, inclusive,<br><br>            Defendants.<br>_____ / | Case No. 2:06-CV-02813-FCD-GGH<br><br>**STIPULATION AND PROTECTIVE ORDER CONCERNING CONFIDENTIAL DOCUMENTS PRODUCED IN DISCOVERY** |

This agreement is entered into by and between the undersigned attorneys on behalf of their respective clients, RANDAL ANDERSON ("Plaintiff") and UNION PACIFIC RAILROAD COMPANY, a corporation ("Defendant").

    1.    Plaintiff and Defendant (hereinafter "Parties") have requested the production of certain documents for inspection and copying in conjunction with discovery in this litigation, and,

    2.    These documents include sensitive, confidential and/or proprietary records including employee personnel records, employee earnings records, medical records, financial records, and proprietary business information with commercial value of a private nature (hereinafter "Confidential Material").

    3.    Copies of Confidential Material will be designated "Confidential."

    4.    Confidential documents, all copies thereof, and any summaries, charts or notes made

1

1 therefrom, and any facts or information contained therein or derived therefrom, shall be disclosed
2 only to the Court and/or to: (a) the parties; (b) counsel for the parties hereto and their agents,
3 employees, paralegals, or other secretarial and clerical employees or agents; (c) experts or
4 consultants retained by one or more of the parties to this action or their counsel, to assist in
5 preparation of this action for trial; (d) deponents and their counsel; (e) stenographic reporters and
6 videographers who are involved in depositions, the trial or any hearings or proceedings before the
7 Court in this action; and (f) witnesses at the trial of this action.

8     5.    No person authorized hereunder to view copies of Confidential Material, or to make
9 notes therefrom, may disclose any portion of the subject matter or contents of either to any person
10 not authorized hereunder.

11     6.    The Confidential Material, copies of any portion of the Confidential Material itself,
12 and all notes arising from examination of said Confidential Material, as well as discussions of the
13 contents thereof, shall be used only in connection with the instant case, and shall not be used in
14 connection with any other lawsuit or for any other purpose whatsoever, unless such Confidential
15 Material is independently discovered in another proceeding.  Within 180 days following the
16 conclusion of this action, including appeals, if any, the parties and their counsel, shall destroy all
17 Confidential Materials and provide notice to the other parties' attorneys of record.

18     7.    This Protective Order is without prejudice to reconsideration by the Court as
19 discovery continues.

20     8.    The Parties may request that Confidential Material be filed under seal.  However any
21 such request shall be subject to approval by the court, for good cause, upon noticed motion.

22     9.    Any Party may move the Court for relief from, or modification of, this order at any
23 time, and each Party hereto reserves the right to contend in any such motion that documents
24 produced by another Party and information contained therein are not confidential.  This stipulation
25 does not constitute an admission as to the admissibility of any Confidential Material at trial.

26     10.    The Parties agree to act in good faith in designating Confidential Material and agree
27 not to use this Stipulation for any purpose other than as stated herein.
28 IT IS SO STIPULATED.



| | |
|---|---|
| Dated: _____, 2007 | **McQUAID BEDFORD & VAN ZANDT, LLP** |

                                           By:    /s/ Robert L. Zaletel
                                                    Robert L. Zaletel
                                                    Attorneys for Defendant
                                                    UNION PACIFIC RAILROAD CO.

IT IS SO STIPULATED.

Dated: _____, 2007

                                           By:    /s/ Tania Rose
                                                  Tania Rose, Esq.
                                                   Attorney for Plaintiff
                                                   RANDAL ANDERSON

### **PROTECTIVE ORDER**

       For Good Cause appearing, the Court enters the above stipulated protective order as an order of the Court.

DATED: 2/28/07                    /s/ Gregory G. Hollows
                                    U.S. Magistrate Judge

anderson.po

anderson.po.wpd



STIP & [PROPOSED] PROTECTIVE ORDER                              Case No. 2:06-CV-02813-FCD-GGH