UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

RANDAL ANDERSON,

        Plaintiff,

   v.

UNION PACIFIC RAILROAD CO.,

        Defendant.

NO. CIV. S-06-2813 FCD GGH

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on Defendants' Motion to Strike Fourth Cause of Action for Defamation is continued to March 30, 2007 at 10:00 a.m.  Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than March 16, 2007.  The Defendant may file and serve a reply on or before March 23, 2007.

    2.   Plaintiff's counsel is ordered to show cause why she should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

///

3.   Plaintiff's counsel shall file her response to the order to show cause on or before March 16, 2007.

4.   A hearing on the order to show cause will follow the hearing on the Motion to Strike.

IT IS SO ORDERED.

DATED: March 6, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE