Tania B. Rose (SBN 151514)
LAW OFFICE OF TANIA B. ROSE
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Tel:   (415) 986-1338
Fax:   (415) 986-1231
email: taniabethrose@gmail.com

Attorney for Plaintiff
RANDAL ANDERSON

Robert L. Zaletel, Esq. (SB# 096262)
**McQUAID BEDFORD & VAN ZANDT LLP**
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: 415/905-0200
Facsimile:  415/905-0202
Rzaletel@mbvz.com

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL ANDERSON, | Case No. 2:06-CV-02813-FCD-GGH |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER RE: MOTION TO STRIKE PLAINTIFF'S FOURTH CAUSE OF ACTION** |
| UNION PACIFIC, INC. and DOES One through Twenty-Five, inclusive, | |
| Defendants. | |
| _____ / | |

 Plaintiff Randal Anderson and Defendant Union Pacific Railroad Company, through their respective attorneys hereby agree and stipulate as follows:

1. Plaintiff will dismiss the fourth cause of action for self-publication defamation with prejudice and Defendant will waive request for costs and attorneys' fees incurred in bringing the motion to strike. Defendant

1

will take its motion to strike off calendar as moot.

SO STIPULATED AND AGREED.

Dated: March 16, 2007               LAW OFFICE OF TANIA B. ROSE

                                    By:   /s/   Tania B. Rose
                                          Tania B. Rose
                                          Attorney for Randal Anderson


                                    Respectfully submitted,

Dated: March 16, 2007               McQUAID BEDFORD & VAN ZANDT LLP


                                    By:   /s/   Robert L. Zaletel
                                          Robert L. Zaletel
                                          Attorneys for Defendant
                                          UNION PACIFIC RAILROAD
                                          COMPANY


ORDER DISMISSING FOURTH CAUSE OF ACTION WITH PREJUDICE

Pursuant to the stipulation of the parties, plaintiff's forth cause of action for self-publication defamation is dismissed with prejudice. Defendant's motion to strike is taken off calendar as moot. Additionally, in light of this stipulation the Order to Show Cause set for hearing on March 30, 2007 is VACATED and the Order DISCHARGED.

Dated: March 16, 2007

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE