TANIA BETH ROSE (SBN 151514)
LAW OFFICES OF TANIA BETH ROSE
180 Montgomery Street, Ste. 940
San Francisco, CA  94104
(415) 986-1338

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL ANDERSON, | Case No. 2:06-CV-02813-FCD |
| Plaintiff, | |
| | EX PARTE APPLICATION FOR |
| v. | EXTENSION OF TIME TO FILE |
| | OPPOSITION TO MOTION |
| UNION PACIFIC, | FOR SUMMARY JUDGMENT |
| And Does 1-25, | FOR GOOD CAUSE |
| | |
| Defendant. | "AS MODIFIED" |

Plaintiff, by way of this motion and application, moves for an extension of time in which to file opposition to defendant's motion for summary judgment or in the alternative summary adjudication. Plaintiff's opposition is currently due to be filed tomorrow, April 11, 2008. Plaintiff is currently preparing for a trial in this courtroom that is set to begin on Tuesday, April 15, 2008. Because the combination of preparing an opposition for motion for summary judgment, coupled with trial preparation, is an

extraordinary amount of work, Plaintiff needs the weekend to complete the opposition to motion for summary judgment.

In a request for a stipulated continuance in an email this morning, Defendant's counsel indicated that it was not willing to grant a stipulation longer than 8:00 pm tomorrow evening, April 11, because it would need an extension of time in which to file a reply brief, and the hearing date was scheduled for April 25, 2008. Counsel for Plaintiff had suggested that it of course had no problem with an equivalent grant of time for an extension on defendant's reply brief, but counsel for defendant was unpersuaded. Plaintiff is a solo practitioner, and the press of work is phenomenal. An extension of time just until Monday afternoon by five would relief some pressure.

Dated: _____//_____

TANIA BETH ROSE

ORDER

Upon review of the ex-parte application, plaintiff's request for extension of time is GRANTED.  Plaintiff shall file and serve his opposition brief and supporting papers and exhibits no later than MONDAY, APRIL 14, 2008 by 4:00 p.m.   The Defendant shall have until Monday, April 21, 2008 by 4:00 p.m. to file its reply papers.

IT IS SO ORDERED.

Dated:  April 10, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE